IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
JUL 16 2019
David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. |
| | § | |
| CHRISTOPHER CAMPOS | § | |

19 CR 498

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT I

On or about September 25, 2018, in the Houston Division of the Southern District of Texas,

**CHRISTOPHER CAMPOS**

Aiding and abetting others known and unknown to the Grand Jury, and with the intent to cause death and serious bodily harm, did intentionally take a motor vehicle, namely, a white 2003 Toyota Corolla that had been transported, shipped, and received in interstate and foreign commerce, from the person and in the presence of another, namely, Fredaricka Griffin, by force and violence and by intimidation, in violation of Title 18, United States Code, Sections 2119 and 2.

1

## COUNT II

On or about September 25, 2018, in the Houston Division of the Southern District of Texas,

**CHRISTOPHER CAMPOS**

Aiding and abetting others known and unknown to the Grand Jury, did knowingly use and brandish, a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the crime of aiding and abetting carjacking as set forth in Count I above and adopted herein, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

A TRUE BILL

ORIGINAL SIGNATURE ON FILE

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
LISA COLLINS
ASSISTANT UNITED STATES ATTORNEY